Koles, Burke & Bustillo, L.L.P.
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
(201) 200-0300
Attorney for Jaime Fernandez, Pedro Torres and Victor Bergrin
johnburkeesq@verizon.net

---

Plaintiff (s),

Jaime Fernandez, Pedro Torres and Victor Bergrin,

         Civil Action Number: 2:07-5950-(PGS) (ES)

   vs.

Defendant (s),

Homebanc, LLC, Crossroads Title Services, Inc.,
Land Pro Title Services, LLC,
IndyMac Bank, FSB, IndyMac Bancorp.,
Sheila Dickerson-Smith, Francis Razakariasa,
Lova Financial, Gustavo Moreira, Roderick Perpetua,
Nick Kochman, John Doe Nos. 1-10, (fictitious names), and
ABC Corp. Nos. 1-10
(fictitious names),

---

         CIVIL ACTION

       **ORDER EXTENDING TIME TO SERVE**
       **SUMMONS AND COMPLAINT**

This matter having come before this Court by way of application of Plaintiffs by their counsel, John M. Burke, in the above-referenced matter, and the Court having found either good cause, or no opposition having been filed hereto, and the Plaintiff is seeking to ensure that proper service has been made upon the parties to the above action, and therefore it is on this 15 day of October, 2008,

ORDERED THAT the time for Plaintiffs to effect service of process is hereby

extended to twenty days from the date of the entry of this Order and that Plaintiff may use the Summons issued by the Clerk of this Court on March 5, 2008 in serving said Defendants in accordance with this Order.

10-15-08

_____
The Hon. Peter G. Sheridan, USDJ